UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Richard Sousa,                          *
                                        *
                Plaintiff,              *
                                        *
                                        *    Civil Action No. 1:16-cv-10657-GAO
Sonus Networks, Inc., et al             *
                                        *
                Defendant,              *

ORDER

June 6, 2017

O'Toole, D.J.

         Pursuant to the Opinion and Order [62] entered on 06/06/2017 GRANTING [48]

Defendant's  Motion to Dismiss, this case is hereby CLOSED.

    IT IS SO ORDERED.

                                               /s/ George A. O'Toole, Jr.

 _____

                                               United States District Judge